JOHN V. DINAN CO., INC., v. DOROTHY M. SLATER.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EFFIE L. PLADWELL v. TRAVELERS INSURANCE COMPANY.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ANDREW F. GILSEY v. TWENTY WEST THIRTY-SIXTH STREET, INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of DAVID HERMEL for the Appointment of an Arbitrator and that Such Arbitration Be Directed to Proceed in the Manner Provided in the Contract between KORNEL S. W. HERMEL, LOUIS BLOCK and DAVID HERMEL.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MEYER VESELL and Others against WILLIAM E. WALSH, Chairman of the Board of Standards and Appeals, and Others, and CAR-BARN CORPORATION, Intervening.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JOHN SLOANE and Others, as Executors, etc., of NELSON SHERWOOD CLARK, Deceased.— Motions denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BRUNSWICK REALTY COMPANY v. J. ROSE & COMPANY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SUSIE M. DONAGHUE v. DI GIORGIO FRUIT CORPORATION, Impleaded, etc. ARTHUR J. BENNETT v. DI GIORGIO FRUIT CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Application of MYLES REALTY COMPANY for an Order Directing that Arbitration Entered into between Petitioner and VINCENT VERRATTI, Doing Business, etc., Proceed Pursuant to Provisions Thereof and the Arbitration Law.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.